CHARLES MAIKISH, Respondent, *v.* METROPOLITAN DISTRIBUTORS, INC., Appellant.

(Argued June 5, 1935; decided July 11, 1935.)

*James I. Cuff* and *James I. McGuire* for appellant.

*Charles S. Scholnicoff* and *Fred P. Harrington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J.